# UNITED STATES DISTRICT COURT

## RECEIVED

for the

_____ District of _____

JAN 28 2026

_____Civil___ Division

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Wisniewski, Patrick Richard

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    3:26-cv-00050-SLG

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ✔Yes   ☐No

-v-

United States of America et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick Richard Wisniewski |
| Address | 424 E 14th Ave Apt 44 |

| | | |
|---|---|---|
| Anchorage | AK | 99501 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Municipality of Anchorage |
| Telephone Number | 907-570-1992 |
| E-Mail Address | patrick.wisniewski@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States of America - Federal Bureau of Investigation |
| Job or Title *(if known)* | |
| Address | 101 E 6th Ave |

| | | |
|---|---|---|
| Anchorage | AK | 99501 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Municipality of Anchorage |
| Telephone Number | 907-276-4441 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Yturralde, Nicholas Two Bears |
| Job or Title *(if known)* | FBI Informant |
| Address | 477 MARY ANN DR |

| | | |
|---|---|---|
| Jacksonville | OR | 97530 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 907-301-1434 |
| E-Mail Address *(if known)* | yturralde88@gmail.com |

☑ Individual capacity   ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Hart, Ryan William aka Klingert, Jean |
| Job or Title *(if known)* | FBI Informant |
| Address | 3130 Wiley Post Dr |

| | | |
|---|---|---|
| Anchorage | AK | 99517 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Municipality of Anchorage |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Unknown Government Agents |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Violating my First, Fourth, Fifth, Sixth, Eighth, and Ninth constitutional rights.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Defendants are either the Government itself or were compensated by Federal officials. Their actions were unconstitutional or in violation of Federal laws and regulations.

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
In Anchorage, Alaska in person, telephone and internet.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
Beginning in October 2025 concluding in Mid-January 2026 is when I first became aware of these actions which I believe began as early as late 2005.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
As early as 2006, the Government directed several informants to form personal relationships with Plaintiff. While use of informants is a well-known investigative practice, Defendants actions were an overreach. Plaintiff was rewarded with attention by his closest friends (government agents) for making negative life choices, and abandonment from those closest in his life for making positive life choices.

Beginning in Spring 2025 and continuing to this day, the Government has been conducting extremely invasive overt surveillance on me. This has consisted of harassment and including admissions of wrongdoing by Defendants.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plantiff developed a substance abuse disability, significant personal and professional embarrassment. His ability to develop friendships and trust individuals has been compromised. Defendants have confessed to me their actions were the overall influence on these injuries. Plaintiff has attempted all possible avenues to mitigate these damages and now has to come to the Court for relief. To date, plantiff has been robbed of his career, stripped of independence, and saddled with a lifetime of physical, emotional, and financial burdens. His life has been irrevocably altered. This action seeks to hold the Defendants accountable for the immense harm their negligence has caused.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Monetary damages of $50,000,000 for professional and personal harm to the first half of my adult life. Defendants have used and manipulated close relationships to the extent an artificial word full of outside influences.

I also would like the Court to compel the government to release all records related to their long-term investigation of me. This would provide the written proof necessary to substantiate these allegations.

Finally, I would like the Court to order the Government and its agents to seize ongoing surveillance of me. Defendants continue to surveil me at all hours of the day and night. Plaintiff is in constant fear of arrest and feel the Defendants are doing so in violation of Federal laws and regulations.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  01/27/2026

Signature of Plaintiff  /s/ Patrick Wisniewski

Printed Name of Plaintiff  Patrick Wisniewski

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City  State  Zip Code

Telephone Number

E-mail Address